CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

**RELATED CASE INFORMATION:**

CITY: Biloxi

SUPERSEDING INDICTMENT _____ DOCKET # 1:16cr10 HSO-RHW

SAME DEFENDANT _____ NEW DEFENDANT _____

COUNTY: Harrison

MAGISTRATE JUDGE CASE NUMBER _____

R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 11 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES  X  NO

MATTER TO BE SEALED: _____ YES  X  NO

NAME/ALIAS:  Robert Simmons

**U.S. ATTORNEY INFORMATION:**

AUSA  Jay T. Golden           BAR # 4881

INTERPRETER:  X  NO _____ YES  LIST LANGUAGE AND/OR DIALECT:_____

**LOCATION STATUS:**     ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  1          _____ PETTY _____ MISDEMEANOR    1     FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1    18 :00666A.F | 18 USC 666(a)(2) | Bribery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date:  2/11/16          **SIGNATURE OF AUSA:** _____

(Revised 2/26/10)